UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATHY NORWOOD,** *INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF DECEDENT, MICHAEL NORWOOD* | * * * * * | CIVIL ACTION NO. 20-1404 |
| **VERSUS** | * * | SECTION "L" JUDGE FALLON |
| **RODI MARINE, LLC, ET AL.** | * * * * * | MAG. DIV. (2) MAG. JUDGE CURRAULT |

## ORDER OF DISMISSAL

The Court has been advised that the parties reached a settlement in the above-captioned case. Accordingly,

**IT IS HEREBY ORDERED** that this action be and is hereby **DISMISSED** without cost and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties. **COUNSEL ARE REMINDED THAT**, if witnesses have been subpoenaed, **EVERY WITNESS MUST** be notified by counsel not to appear.

New Orleans, Louisiana this 4th day of February 2021.

_____
United States District Judge